IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CARL G. FLETCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-00444-CV-W-HFS |
| | ) | |
| DAVID OLIVER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM TO COUNSEL**

In response to plaintiff's writ of mandamus, I indicated my willingness to receive supplementation of the record on two issues, the disproportionate effect, if any, of sex offender convictions on minorities, and further verified articulation of the alleged business necessity for plaintiff's termination. (Letter dated January 4, 2008, doc. 47). Plaintiff subsequently filed a motion for partial summary judgment, and defendants have filed suggestions opposing the motion, but request permission to file a supplemental response. The request will be granted, and defendant is directed to file its supplemental briefing on or before March 7, 2008. Plaintiff will be permitted to file a reply on or before March 17, 2008.

It is SO ORDERED

                                                                    /s/ Howard F. Sachs
                                                                    HOWARD F. SACHS
                                                                    UNITED STATES DISTRICT JUDGE

February 26, 2008

Kansas City, Missouri